IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN SCOTT PATE, #229345, | : |
| Petitioner, | : 2:06CV500-T |
| vs. | : CIVIL ACTION 06-0075-KD-C |
| TERRANCE McDONNELL, | : |
| Respondent. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

DONE this 30th of May, 2006.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By_____
Deputy Clerk
Date 6/1/06

MIME-Version:1.0 From:efile_information@alsd.uscourts.gov To:efile_notice@alsd.uscourts.gov Bcc: Message-Id:<531921@alsd.uscourts.gov>Subject:Activity in Case 1:06-cv-00075-KD-C Pate v. McDonnell et al "Order Adopting Report and Recommendations" Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of Alabama - District Version 2.5

Notice of Electronic Filing

The following transaction was received from cmj, entered on 5/30/2006 at 12:00 PM CDT and filed on 5/30/2006

| | |
|---|---|
| **Case Name:** | Pate v. McDonnell et al |
| **Case Number:** | 1:06-cv-75 |
| **Filer:** | |

**WARNING: CASE CLOSED on 05/30/2006**

**Document Number:**   5

**Docket Text:**
ORDER ADOPTING REPORT AND RECOMMENDATIONS re: [4] that this action be transferred to the United States District Court for the Middle District of AL for further proceedings. . Signed by Judge Kristi K. DuBose on 5/30/06. (cmj, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1026491878 [Date=5/30/2006] [FileNumber=531919-0]
[51080f0e9b8741bab363f0ab2905f59e88b6cad66f3d9ebc0aa8792df51529316411
08a8a6276b46db56210b3bd8c184316275d544fabb544c0abe9b075e510d]]

**1:06-cv-75 Notice will be electronically mailed to:**
**1:06-cv-75 Notice will be delivered by other means to:**
Brian Scott Pate
#229345
P.O. Box 150
Mt. Miegs, AL 36057