IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| BRIAN SCOTT PATE, #229 345 | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-500-MHT |
| TERRANCE MCDONNELL, WARDEN, *et al.*, | * | |
| | * | |
| Respondents. | | |

_____

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered on June 23, 2006 (Doc. No. 7) be and is hereby VACATED.

Done, this 5th day of July 2006.

           **/s/ Delores R. Boyd**
           DELORES R. BOYD
           UNITED STATES MAGISTRATE JUDGE