IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| BRIAN SCOTT PATE, #229 345 | * |
|     Petitioner, | * |
| v. | *   1:06-CV-500-MHT |
| TERRANCE MCDONNELL, WARDEN, *<br>*et al.*, | |
| | * |
|     Respondents. | |

_____

**O R D E R**

    The court received the above-captioned petition on June 6, 2006.[1] Although the petition has been accepted for filing, the court finds that Petitioner failed to sign this pleading.

    Petitioner is advised that, pursuant to F.R.Civ.P. 11, every pleading, motion, and other paper filed with the court must be signed by the party filing such pleading, motion or other paper or signed by said party's attorney of record.

    Accordingly, it is

    ORDERED that the Clerk SEND Petitioner a *copy* of page 10 of Document Number 1. Petitioner is advised that if he wants this court to consider his petition he should sign the photocopied page of his petition sent to him by the Clerk and re-file this page with the court **on or before August 28, 2006.** Petitioner is cautioned that his failure to comply with the directive contained in this order will result in a Recommendation that this petition be

---

[1] Petitioner originally filed his petition on February 10, 2006 in the United States District Court for the Southern District of Alabama. By order dated May 30, 2006 the United States District Court for the Southern District of Alabama directed that Petitioner's habeas petition be transferred to this court.

dismissed without prejudice.

    Done, this 14th day of August 2006.

                                          **/s/ Delores R. Boyd**
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE