1:06CV500-MHT

14. A. Have any of the grounds listed in this present habeas corpus petition ever been raised by you in any other federal habeas corpus petition? Yes _____ No  X  . If yes, which grounds? _____

State the name and case number of your previous federal habeas corpus petition: _____

   B. Have you previously filed a habeas corpus petition attacking this present conviction in this or any other federal court? Yes _____ No  X  . If yes, state the name and case number of your previous federal habeas corpus petition: _____

15. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes _____ No  X  . If yes, name the court: _____

and state the name and case number of the petition or appeal: _____

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing  N/A

   (b) At arraignment and plea  MICHAEL CRESPI
   308 WEST ADAMS ST., DOTHAN, AL. 36302-0935

   (c) At trial  N/A

   (d) At sentencing  MICHAEL CRESPI
   308 WEST ADAMS ST., DOTHAN, AL 36302-0935

10

X  Brian Scott Pate
AIS# 229345
CASE: 1:06-CV-00500-MHT-DRB