**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Warden Terrence McDonnell
    Kilby Correctional Facility
    P.O. Box 150
    Mt. Miegs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
   Bruce Vermilyer                       8-22-06

C. Signature
   X Bruce Vermilyer
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

   1:06cv500
   P+ O

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy)   7005 1820 0002 3461 5206

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952