IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| BRIAN SCOTT PATE, #229 345 | * | |
| Petitioner, | * | |
| v. | * | 1:06-CV-500-MHT |
| TERRANCE MCDONNELL, WARDEN, *et al.*, | * | |
| | * | |
| Respondents. | | |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' motion (Doc. No. 16) is GRANTED; and

2. Respondents are GRANTED an extension from September 11, 2006 to October 2, 2006 to file their answer.

Done, this 7th day of September 2006.

                                          **/s/ Delores R. Boyd**
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE