# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

## CR-04-0781

Brian Scott Pate v. State of Alabama  (Appeal from Houston Circuit Court: CC02-1461.60 through CC02-1472.60)

### ORDER

Upon consideration of the above referenced appeal, the Court of Criminal Appeals orders that said appeal be and the same is hereby DISMISSED as untimely filed. Having this date dismissed said appeal, the Court further orders that the certificate of judgment shall issue forthwith.

Done this the 2nd day of February, 2005.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Larry K. Anderson, Circuit Judge
Hon. Judy Byrd, Circuit Clerk
Andrea Martin, Court Reporter
Brian Scott Pate, Pro Se
Office of Attorney General

EXHIBIT 1A