# THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

**CR-04-0781**

Brian Scott Pate v. State of Alabama  (Appeal from Houston Circuit Court:
CC02-1461.60 through CC02-1472.60)

## CERTIFICATE OF JUDGMENT

To the Clerk of the above noted Trial Court, Greetings:

WHEREAS, the appeal in the above-referenced cause has been
considered by the Court of Criminal Appeals; and

WHEREAS, an order was issued this date in said cause containing
the judgment indicated below:

## Appeal Dismissed

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of
Appellate Procedure and the order of dismissal, it is hereby
certified that the aforesaid judgment is final.

**Witness. Lane W. Mann, Clerk**
**Court of Criminal Appeals, on this**
**the 2nd day of February, 2005.**

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

cc: Hon. Larry K. Anderson, Circuit Judge
    Hon. Judy Byrd, Circuit Clerk
    Brian Scott Pate, Pro Se
    Office of Attorney General

EXHIBIT
1B