```
ACR371                ALABAMA JUDICIAL DATA CENTER
            NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                    IN THE CIRCUIT COURT OF   HOUSTON COUNTY
  STATE OF ALABAMA VS PATE BRIAN SCOTT          JUDGE: LARRY K ANDERSON
```

| | |
|---|---|
| APPEAL DATE: 01/10/2005 | |
| INDIGENCY STATUS: | |
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES ___ NO |
| DEATH PENALTY: NO | |
| APPEAL TYPE: RULE 32 PETITION | |

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 38/CC 2002 001461.60

ORDER ENTERED(DATE): 11192004 PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | | | |
| ___ MOTION FOR JUDG. OF ACQUIT | | | |
| ___ MOTION TO W/D GUILTY PLEA | | | |
| ___ MOTION FOR ATTY TO W/DRAW | | | |
| ___ OTHER | | | |

| | |
|---|---|
| COURT REPORTER(S): ADDRESS: | MARTIN, ANDREA E. C/O HON. LARRY K ANDERSON DOTHAN    , AL  36302 |
| APPELLATE COUNSEL #1: ADDRESS: | PRO SE |
| | 00000 |
| PHONE NUMBER: | 000-000-0000 |
| APPELLATE COUNSEL #2: ADDRESS: | |
| PHONE NUMBER: | |
| APPELLANT (PRO SE): ADDRESS: AIS #: | PATE BRIAN SCOTT AIS# 229345 MT MEIGS    , AL  360570150 |
| APPELLEE (IF CITY APPEAL): ADDRESS: | |

I CERTIFY THAT THE INFORMATION PROVIDED ABOVE IS ACCURATE TO THE BEST OF MY KNOWLEDGE AND I HAVE SERVED A COPY OF THIS NOTICE OF APPEAL ON ALL PARTIES TO THIS ACTION ON THIS 21st DAY OF Jan , 05

OPERATOR: RHM
PREPARED: 01/21/2005

_/s/ Judy Byrd_
CIRCUIT COURT CLERK

EXHIBIT 1C

```
ACR371                ALABAMA JUDICIAL DATA CENTER
              NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                            BY THE TRIAL COURT CLERK
                   IN THE CIRCUIT COURT OF    HOUSTON COUNTY
    STATE OF ALABAMA VS PATE BRIAN SCOTT             JUDGE: LARRY K ANDERSON
```

| | | |
|---|---|---|
| APPEAL DATE: 01/10/2005 | | |

| INDIGENCY STATUS: | | |
|---|---|---|
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES | ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES | ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES | _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES | ___ NO |

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 38/CC 2002 001462.60

ORDER ENTERED(DATE): 12032004  PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | | | |
| ___ MOTION FOR JUDG. OF ACQUIT | | | |
| ___ MOTION TO W/D GUILTY PLEA | | | |
| ___ MOTION FOR ATTY TO W/DRAW | | | |
| ___ OTHER _____ | | | |

COURT REPORTER(S):              MARTIN, ANDREA E.
ADDRESS:                        C/O HON. LARRY K ANDERSON
                                DOTHAN           , AL  36302

APPELLATE COUNSEL #1:           PRO SE
ADDRESS:
                                                          00000
PHONE NUMBER:                   000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:


PHONE NUMBER:

APPELLANT (PRO SE):             PATE BRIAN SCOTT
ADDRESS:                        AIS# 229345
                                MT MEIGS          , AL  360570150
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:


I CERTIFY THAT THE INFORMATION PROVIDED                OPERATOR: RHM
ABOVE IS ACCURATE TO THE BEST OF MY                    PREPARED: 01/21/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 21st DAY OF Jan , 05.          Judy Byrd
                                                   CIRCUIT COURT CLERK

```
ACR371                ALABAMA JUDICIAL DATA CENTER
              NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                            BY THE TRIAL COURT CLERK
                    IN THE CIRCUIT COURT OF   HOUSTON COUNTY
STATE OF ALABAMA VS PATE BRIAN SCOTT              JUDGE: LARRY K ANDERSON
```

| | | |
|---|---|---|
| APPEAL DATE: 01/10/2005 | | |
| INDIGENCY STATUS: | | |
| GRANTED INDIGENCY STATUS AT TRIAL COURT? | X YES | NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL? | X YES | NO |
| INDIGENT STATUS REVOKED ON APPEAL? | YES | X NO |
| INDIGENT STATUS GRANTED ON APPEAL? | X YES | NO |
| DEATH PENALTY: NO | | |
| APPEAL TYPE: RULE 32 PETITION | | |

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 38/CC 2002 001463.60

ORDER ENTERED(DATE): 12032004  PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | | | |
| ___ MOTION FOR JUDG. OF ACQUIT | | | |
| ___ MOTION TO W/D GUILTY PLEA | | | |
| ___ MOTION FOR ATTY TO W/DRAW | | | |
| ___ OTHER | | | |

COURT REPORTER(S):                       MARTIN, ANDREA E.
ADDRESS:                                 C/O HON. LARRY K ANDERSON
                                         DOTHAN          , AL  36302

APPELLATE COUNSEL #1:                    PRO SE
ADDRESS:
                                                         ,        00000
PHONE NUMBER:                            000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):                      PATE BRIAN SCOTT
ADDRESS:                                 AIS# 229345
                                         MT MEIGS        , AL  360570150
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: RWM
ABOVE IS ACCURATE TO THE BEST OF MY                        PREPARED: 01/21/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 21st DAY OF Jan, 05            /s/ Judy Byrd
                                                   CIRCUIT COURT CLERK

```
ACR371                  ALABAMA JUDICIAL DATA CENTER
            NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                    IN THE CIRCUIT COURT OF  HOUSTON COUNTY
STATE OF ALABAMA VS PATE BRIAN SCOTT              JUDGE: LARRY K ANDERSON
```

| | | |
|---|---|---|
| APPEAL DATE: 01/10/2005 | | |
| INDIGENCY STATUS: | | |
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES | ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES | ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES | _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES | ___ NO |

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CC/CASE NUMBER: 38/CC 2002 001464.60

ORDER ENTERED(DATE): 11192004 PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER _____ | _____ | _____ | _____ |

```
COURT REPORTER(S):              MARTIN, ANDREA E.
ADDRESS:                        C/O HON. LARRY K ANDERSON
                                DOTHAN           , AL   36302

APPELLATE COUNSEL #1:           PRO SE
ADDRESS:
                                                               00000
PHONE NUMBER:                   000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:


PHONE NUMBER:

APPELLANT (PRO SE):             PATE BRIAN SCOTT
ADDRESS:                        AIS# 229345
                                MT MEIGS          , AL   360570150
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:
```

I CERTIFY THAT THE INFORMATION PROVIDED                   OPERATOR: RHM
ABOVE IS ACCURATE TO THE BEST OF MY                       PREPARED: 01/21/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 21st DAY OF Jan . 05         _____
                                                      CIRCUIT COURT CLERK

```
ACR371                    ALABAMA JUDICIAL DATA CENTER
                NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                             BY THE TRIAL COURT CLERK
                       IN THE CIRCUIT COURT OF  HOUSTON COUNTY
STATE OF ALABAMA VS PATE BRIAN SCOTT              JUDGE: LARRY K ANDERSON
```

| APPEAL DATE: 01/10/2005 | | |
|---|---|---|
| INDIGENCY STATUS: | | |
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES | ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES | ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES | _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES | ___ NO |

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CC/CASE NUMBER: 38/CC 2002 001465.60

ORDER ENTERED(DATE): 11192004   PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | | | |
| ___ MOTION FOR JUDG. OF ACQUIT | | | |
| ___ MOTION TO W/D GUILTY PLEA | | | |
| ___ MOTION FOR ATTY TO W/DRAW | | | |
| ___ OTHER | | | |

COURT REPORTER(S):                MARTIN, ANDREA E.
ADDRESS:                          C/O HON. LARRY K ANDERSON
                                  DOTHAN              , AL  36302

APPELLATE COUNSEL #1:             PRO SE
ADDRESS:

                                                          00000
PHONE NUMBER:                     000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):               PATE BRIAN SCOTT
ADDRESS:                          AIS# 229345
                                  MT MEIGS             , AL  360570150
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED                   OPERATOR: RHM
ABOVE IS ACCURATE TO THE BEST OF MY                       PREPARED: 01/21/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 21st DAY OF Jan. 05      /s/ Judy Byrd
                                             CIRCUIT COURT CLERK

```
ACR371                    ALABAMA JUDICIAL DATA CENTER
                 NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                               BY THE TRIAL COURT CLERK
                     IN THE CIRCUIT COURT OF   HOUSTON COUNTY
STATE OF ALABAMA VS PATE BRIAN SCOTT            JUDGE: LARRY K ANDERSON
```

| | |
|---|---|
| APPEAL DATE: 01/10/2005 | |
| INDIGENCY STATUS: | |
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES ___ NO |
| DEATH PENALTY: NO | |
| APPEAL TYPE: RULE 32 PETITION | |

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 38/CC 2002 001466.60

ORDER ENTERED(DATE): 11192004 PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| MOTION FOR NEW TRIAL | | | |
| MOTION FOR JUDG. OF ACQUIT | | | |
| MOTION TO W/D GUILTY PLEA | | | |
| MOTION FOR ATTY TO W/DRAW | | | |
| OTHER | | | |

| | |
|---|---|
| COURT REPORTER(S): ADDRESS: | MARTIN, ANDREA E. C/O HON. LARRY K ANDERSON DOTHAN , AL 36302 |
| APPELLATE COUNSEL #1: ADDRESS: | PRO SE<br>                           00000 |
| PHONE NUMBER: | 000-000-0000 |
| APPELLATE COUNSEL #2: ADDRESS: | |
| PHONE NUMBER: | |
| APPELLANT (PRO SE): ADDRESS: | PATE BRIAN SCOTT AIS# 229345 MT MEIGS , AL 360570150 |
| AIS #: | |
| APPELLEE (IF CITY APPEAL): ADDRESS: | |

I CERTIFY THAT THE INFORMATION PROVIDED ABOVE IS ACCURATE TO THE BEST OF MY KNOWLEDGE AND I HAVE SERVED A COPY OF THIS NOTICE OF APPEAL ON ALL PARTIES TO THIS ACTION ON THIS 21st DAY OF Jan, 05

OPERATOR: RHM
PREPARED: 01/21/2005

_Judy Byrd_
CIRCUIT COURT CLERK

```
ACR371                  ALABAMA JUDICIAL DATA CENTER
              NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                    IN THE CIRCUIT COURT OF  HOUSTON COUNTY
STATE OF ALABAMA VS PATE BRIAN SCOTT              JUDGE: LARRY K ANDERSON
```

| | |
|---|---|
| APPEAL DATE: 01/10/2005 | |

| INDIGENCY STATUS: | | | |
|---|---|---|---|
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES | ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES | ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES | _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES | ___ NO |

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 38/CC 2002 001467.60

ORDER ENTERED(DATE): 11192004  PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | | | |
| ___ MOTION FOR JUDG. OF ACQUIT | | | |
| ___ MOTION TO W/D GUILTY PLEA | | | |
| ___ MOTION FOR ATTY TO W/DRAW | | | |
| ___ OTHER | | | |

| | |
|---|---|
| COURT REPORTER(S): ADDRESS: | MARTIN, ANDREA E. C/O HON. LARRY K ANDERSON DOTHAN  , AL  36302 |
| APPELLATE COUNSEL #1: ADDRESS: | PRO SE |
| | , 00000 |
| PHONE NUMBER: | 000-000-0000 |
| APPELLATE COUNSEL #2: ADDRESS: | |
| PHONE NUMBER: | |
| APPELLANT (PRO SE): ADDRESS: | PATE BRIAN SCOTT AIS# 229345 MT MEIGS  , AL  360570150 |
| AIS #: | |
| APPELLEE (IF CITY APPEAL): ADDRESS: | |

I CERTIFY THAT THE INFORMATION PROVIDED ABOVE IS ACCURATE TO THE BEST OF MY KNOWLEDGE AND I HAVE SERVED A COPY OF THIS NOTICE OF APPEAL ON ALL PARTIES TO THIS ACTION ON THIS 21st DAY OF Jan , 05

OPERATOR: RHM
PREPARED: 01/21/2005

Judy Byrd
CIRCUIT COURT CLERK

```
ACR371                     ALABAMA JUDICIAL DATA CENTER
              NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                              BY THE TRIAL COURT CLERK
                      IN THE CIRCUIT COURT OF  HOUSTON COUNTY
STATE OF ALABAMA VS PATE BRIAN SCOTT              JUDGE: LARRY K ANDERSON
```

| | |
|---|---|
| APPEAL DATE: 01/10/2005 | |
| INDIGENCY STATUS: | |
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES ___ NO |
| DEATH PENALTY: NO | |
| APPEAL TYPE: RULE 32 PETITION | |

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CC/CASE NUMBER: 38/CC 2002 001468.60

ORDER ENTERED(DATE): 11192004  PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | | | |
| ___ MOTION FOR JUDG. OF ACQUIT | | | |
| ___ MOTION TO W/D GUILTY PLEA | | | |
| ___ MOTION FOR ATTY TO W/DRAW | | | |
| ___ OTHER | | | |

| | |
|---|---|
| COURT REPORTER(S): ADDRESS: | MARTIN, ANDREA E. C/O HON. LARRY K ANDERSON DOTHAN    , AL  36302 |
| APPELLATE COUNSEL #1: ADDRESS: | PRO SE |
| | , 00000 |
| PHONE NUMBER: | 000-000-0000 |
| APPELLATE COUNSEL #2: ADDRESS: | |
| PHONE NUMBER: | |
| APPELLANT (PRO SE): ADDRESS: | PATE BRIAN SCOTT AIS# 229345 MT MEIGS    , AL  360570150 |
| AIS #: | |
| APPELLEE (IF CITY APPEAL): ADDRESS: | |

I CERTIFY THAT THE INFORMATION PROVIDED                OPERATOR: RHM
ABOVE IS ACCURATE TO THE BEST OF MY                    PREPARED: 01/21/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 21st DAY OF _Jan_, 05    _Judy Byrd_
                                             CIRCUIT COURT CLERK

```
ACR371                    ALABAMA JUDICIAL DATA CENTER
            NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                   IN THE CIRCUIT COURT OF   HOUSTON COUNTY
STATE OF ALABAMA VS PATE BRIAN SCOTT             JUDGE: LARRY K ANDERSON
```

| APPEAL DATE: 01/10/2005 |
|---|

| INDIGENCY STATUS: | | |
|---|---|---|
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES | ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES | ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES | _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES | ___ NO |

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 38/CC 2002 001469.60

ORDER ENTERED(DATE): 11192004  PETITION:  __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | ------- | ------- | ------- |
| ___ MOTION FOR JUDG. OF ACQUIT | ------- | ------- | ------- |
| ___ MOTION TO W/D GUILTY PLEA | ------- | ------- | ------- |
| ___ MOTION FOR ATTY TO W/DRAW | ------- | ------- | ------- |
| ___ OTHER _____ | ------- | ------- | ------- |

COURT REPORTER(S):              MARTIN, ANDREA E.
ADDRESS:                        C/O HON. LARRY K ANDERSON
                                DOTHAN              , AL  36302

APPELLATE COUNSEL #1:           PRO SE
ADDRESS:
                                                    ,        00000
PHONE NUMBER:                   000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:


PHONE NUMBER:

APPELLANT (PRO SE):             PATE BRIAN SCOTT
ADDRESS:                        AIS# 229345
                                MT MEIGS             , AL  360570150
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:


I CERTIFY THAT THE INFORMATION PROVIDED              OPERATOR: RHM
ABOVE IS ACCURATE TO THE BEST OF MY                  PREPARED: 01/21/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 21st DAY OF Jan , 2005          /s/ Judy Byrd
                                                     CIRCUIT COURT CLERK

```
ACR371                    ALABAMA JUDICIAL DATA CENTER
              NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                            BY THE TRIAL COURT CLERK
                   IN THE CIRCUIT COURT OF   HOUSTON COUNTY
     STATE OF ALABAMA VS PATE BRIAN SCOTT           JUDGE: LARRY K ANDERSON
```

| | | |
|---|---|---|
| APPEAL DATE: 01/10/2005 | | |
| INDIGENCY STATUS: | | |
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES | ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES | ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | _X_ YES | _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES | ___ NO |

DEATH PENALTY: NO

APPEAL TYPE: RULE 32 PETITION

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 38/CC 2002 001470.60

ORDER ENTERED(DATE): 11192004  PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER _____ | _____ | _____ | _____ |

COURT REPORTER(S):                          MARTIN, ANDREA E.
ADDRESS:                                    C/O HON. LARRY K ANDERSON
                                            DOTHAN          , AL  36302

APPELLATE COUNSEL #1:                       PRO SE
ADDRESS:
                                                            , 00000
PHONE NUMBER:                               000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):                         PATE BRIAN SCOTT
ADDRESS:                                    AIS# 229345
                                            MT MEIGS        , AL  360570150
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED              OPERATOR: RHM
ABOVE IS ACCURATE TO THE BEST OF MY                  PREPARED: 01/21/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 21st DAY OF Jan, 05      _____Judy Byrd_____
                                             CIRCUIT COURT CLERK

```
ACR371                    ALABAMA JUDICIAL DATA CENTER
               NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                            BY THE TRIAL COURT CLERK
                     IN THE CIRCUIT COURT OF   HOUSTON COUNTY
STATE OF ALABAMA VS PATE BRIAN SCOTT          JUDGE: LARRY K ANDERSON
```

| | |
|---|---|
| APPEAL DATE: 01/10/2005 | |
| INDIGENCY STATUS: | |
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES  ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES  ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES  _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES  ___ NO |
| DEATH PENALTY: NO | |
| APPEAL TYPE: RULE 32 PETITION | |

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 38/CC 2002 001471.60

ORDER ENTERED(DATE): 11192004 PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | ---------- | ---------- | ---------- |
| ___ MOTION FOR JUDG. OF ACQUIT | ---------- | ---------- | ---------- |
| ___ MOTION TO W/D GUILTY PLEA | ---------- | ---------- | ---------- |
| ___ MOTION FOR ATTY TO W/DRAW | ---------- | ---------- | ---------- |
| ___ OTHER | ---------- | ---------- | ---------- |

COURT REPORTER(S):          MARTIN, ANDREA E.
ADDRESS:                    C/O HON. LARRY K ANDERSON
                            DOTHAN              , AL  36302

APPELLATE COUNSEL #1:       PRO SE
ADDRESS:

PHONE NUMBER:               000-000-0000          00000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):         PATE BRIAN SCOTT
ADDRESS:                    AIS# 229345
                            MT MEIGS             , AL  360570150
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED                  OPERATOR: RHM
ABOVE IS ACCURATE TO THE BEST OF MY                      PREPARED: 01/21/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 21st DAY OF Jan .05           _Judy Byrd_____
                                                     CIRCUIT COURT CLERK

```
ACR371                 ALABAMA JUDICIAL DATA CENTER
             NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                           BY THE TRIAL COURT CLERK
                      IN THE CIRCUIT COURT OF  HOUSTON COUNTY
STATE OF ALABAMA VS PATE BRIAN SCOTT            JUDGE: LARRY K ANDERSON
```

| | |
|---|---|
| APPEAL DATE: 01/10/2005 | |
| INDIGENCY STATUS: | |
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _X_ YES ___ NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _X_ YES ___ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | _X_ YES ___ NO |
| DEATH PENALTY: NO | |
| APPEAL TYPE: RULE 32 PETITION | |

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 38/CC 2002 001472.60

ORDER ENTERED(DATE): 11192004  PETITION: __DISMISSED  X DENIED  __GRANTED

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | | | |
| ___ MOTION FOR JUDG. OF ACQUIT | | | |
| ___ MOTION TO W/D GUILTY PLEA | | | |
| ___ MOTION FOR ATTY TO W/DRAW | | | |
| ___ OTHER | | | |

COURT REPORTER(S):       MARTIN, ANDREA E.
ADDRESS:                 C/O HON. LARRY K ANDERSON
                         DOTHAN              , AL  36302

APPELLATE COUNSEL #1:    PRO SE
ADDRESS:
                                             00000
PHONE NUMBER:            000-000-0000

APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:

APPELLANT (PRO SE):      PATE BRIAN SCOTT
ADDRESS:                 AIS# 229345
                         MT MEIGS            , AL  360570150
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: RHM
ABOVE IS ACCURATE TO THE BEST OF MY                     PREPARED: 01/21/2005
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO         /s/ Judy Byrd
THIS ACTION ON THIS 21st DAY OF Jan , 05        CIRCUIT COURT CLERK