STATE OF ALABAMA vs BRIAN SCOTT PATE                CC02-1461.60 thru
                                                    CC02-1472.60

8/20/04 - Rule 32 hearing continued and reset for October 22, 2004 at
         9:00 a.m. Attorney Martin Adams withdraws from case and attorney
         Eric Davis is appointed.

(8/2/04 N: D.A., ED, MA, &deft)  —Terry K. Anderson, Judge
 HCJ

10-5-04   Transport order.

10-22-04 — Continued for defendant due to attorney's illness. Reset for November 19, 2004 at 9:00 a.m.

11-2-04 notfd Eric Davis, DA + Deft by mail   Terry K. Anderson, Judge

11-3-04   ORDER TO TRANSPORT IN FILE. N: DA, COURT LIASON (2), ERIC DAVIS, DOC

11-19-04  Based on testimony of attorney Mike Crespi, the Court is reasonably satisfied that Defendant has failed to meet the threshold burden set out in Strickland v. Washington. Rule 32 relief is denied. Eric Davis is allowed to withdraw.   Anderson, Judge

(12-2-04 N: Deft, ED, DA)

01-10-05  Notice of appeal.

1-19-05   Appeal noted but appears untimely.

                                                    Anderson, Judge

EXHIBIT
I D