IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRIAN SCOTT PATE,                )
                                 )
    Petitioner,                  )
                                 )
vs.                              )    CASE NO.
                                 )    1:06-CV-500-MHT
TERRANCE McDONNELL, WARDEN,      )
et al.,                          )
                                 )
    Respondents.                 )

**MOTION TO SUPPLEMENT ANSWER
WITH ADDITIONAL EXHIBITS**

Comes now the Respondents, by and through the Attorney General for the State of Alabama, and, hereby respectfully submits the following supplemental exhibits in support of the Respondents' October 2, 2006 answer to the petition for writ of habeas corpus filed by Brian Scott Pate.

The Exhibits are as follows:

Supplemental Exhibit 1:   Case Action Summary Houston County Case #CC-02-1461.60

Supplemental Exhibit 2:   Pate's Rule 32 petition Case #CC-02-1461-1472

Supplemental Exhibit 3:   Pate's Amendment to his Rule 32 petition

| | |
|---|---|
| Supplemental Exhibit 4 | Court of Criminal Appeals Order dismissing Pate's appeal as untimely. |
| Supplemental Exhibit 5: | Certificate of Judgment dismissing Pate's Rule 32 Appeal. |

WHEREFORE, premises considered, the Respondents respectfully request that this Honorable Court accept the attached Exhibits as a supplement to the Answer filed on October 2, 2006.

        Respectfully submitted,

        Troy King (KIN047)
        Attorney General
        By:

        s/Madeline Hinson Lewis
        Madeline Hinson Lewis
        Assistant Attorney General

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document (including all exhibits) to the following non-CM/ECF participant: Brain Scott Pate, AIS # 229345, Kilby Correctional Facility, P.O. Box 150 Mt Meigs, AL 36057.

/s/ Madeline Hinson Lewis
Madeline Hinson Lewis (HIN032)
Office of the Attorney General

Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  Mlewis@ago.state.al.us

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300

194369/98854-001