```
AC6D372                ALABAMA JUDICIAL INFORMATION SYSTEM         CASE: CC 2002 001461.60
OPER: AML                      CASE ACTION SUMMARY
PAGE:    1                       CIRCUIT   CRIMINAL                RUN DATE: 05/18/2004
=========================================================================================
IN THE CIRCUIT COURT OF HOUSTON                                                  JUDGE: LKA

STATE OF ALABAMA                       VS      PATE BRIAN SCOTT
                                               AIS# 229345
CASE: CC 2002 001461.60                        P O BOX 150
                                               MT MEIGS, AL   36057 0150

DOB: 08/30/1966       SEX: M RACE: W  HT: 6 00  WT: 160  HR: BRO EYES: BLU
SSN: 412376463   ALIAS NAMES:
=========================================================================================
CHARGE01: RULE 32-FELONY         CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                          AGENCY/OFFICER:

DATE WAR/CAP ISS:                      DATE ARRESTED:
DATE     INDICTED:                     DATE     FILED: 05/18/2004
DATE     RELEASED:                     DATE   HEARING:
BOND      AMOUNT:            $.00         SURETIES:

DATE 1:              DESC:                  TIME: 0000
DATE 2:              DESC:                  TIME: 0000

TRACKING NOS: DC 2002 002191 00   /                    /

        DEF/ATY:  Martin Adams        TYPE: (C)                         TYPE:
                  Davis, Eric
                                00000                                         00000

PROSECUTOR: VALESKA DOUGLAS A

=========================================================================================
OTH CSE: DC200200219100  CHK/TICKET NO:                      GRAND JURY:
COURT REPORTER:                       SID NO:    00000000
DEF STATUS: JAIL                      DEMAND: Y                         OPER: AML
=========================================================================================
  DATE           ACTIONS, JUDGEMENTS, AND NOTES
=========================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 5-17-2004 | Order granting filing of In Forma Pauperis Declaration |
| 5-17-2004 | Petitioner's Verification under oath subject to penalty for perjury |
| 5-17-2004 | Petition for relief from conviction or sentence |
| 5-18-04 | notfd deft by mail + DA |
| 5-19-2004 | Motion for summary disposition |
| 5/24/04 | Rule 32 hearing is set for August 20, 2004 at 9:00 a.m. |
| 5-25-04 | notfd deft by mail  Larry K Anderson, Judge  DA |
| 5-27-04 | Transport order (in file) |
| 5-28-2004 | Response to District Attorney's Motion for Summary Disposition |
| 5-28-2004 | Amendment to Rule 32 Petition |
| 6-3-04 | Amendment granted  Anderson, Judge |
| 6-4-04 | notfd Deft by mail + DA |
| 6-8-2004 | Motion to appoint counsel |
| 6-11-04 | Martin Adams is appointed to represent Defendant |
| 6-14-04 | notfd Martin Adams, DA & Deft by mail  Anderson, Judge |

EXHIBIT 1

STATE OF ALABAMA vs BRIAN SCOTT PATE                          CC02-1461.60

8/20/04 - Rule 32 hearing continued and reset for October 22, 2004 at
         9:00 a.m. Attorney Martin Adams withdraws from case and attorney
         Eric Davis is appointed.

(8/2/04 N: D.A., ED, MA, Deft)    _Terry K. Anderson, Judge_
  HCJ

10-5-04   Transport order.

10-22-04 — Continued for defendant due to attorney's illness. Reset for November 19, 2004 at 9:00 a.m.

11-2-04 Notif Eric Davis,  _Terry K. Anderson, Judge_
        DA + Deft by mail

11-3-04   ORDER TO TRANSPORT IN FILE. N: DA, COURT LIASON (2), ERIC DAVIS, DOC

11-19-04  Based on testimony of attorney Mike Crespi, the Court is reasonably satisfied that Defendant has failed to meet the threshold burden set out in Strickland v. Washington. Rule 32 relief is denied. Eric Davis is allowed to withdraw.    _Anderson, Judge_

          (12-2-04 N: Deft, ED, DA)

01-10-05  Notice of appeal.

1-19-05   Appeal noted but appears untimely.

                                                _Anderson, Judge_

2-3-05    Order from CCA dismissing appeal as untimely filed. Certificate of Judgement.