# THE STATE C_ ALABAMA - - JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

**CR-04-0781**

Brian Scott Pate v. State of Alabama  (Appeal from Houston  Circuit Court:
CC02-1461.60 through CC02-1472.60)

## CERTIFICATE OF JUDGMENT

To the Clerk of the above noted Trial Court, Greetings:

WHEREAS, the appeal in the above-referenced cause has been
considered by the Court of Criminal Appeals; and

WHEREAS, an order was issued this date in said cause containing
the judgment indicated below:

## Appeal Dismissed

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of
Appellate Procedure and the order of dismissal, it is hereby
certified that the aforesaid judgment is final.

**Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 2nd day of February, 2005.**

**Clerk
Court of Criminal Appeals
State of Alabama**

cc: Hon. Larry K. Anderson, Circuit Judge
    Hon. Judy Byrd, Circuit Clerk
    Brian Scott Pate, Pro Se
    Office of Attorney General

**EXHIBIT**

**5**