IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

BRIAN SCOTT PATE, #229 345          *

     Petitioner,          *

     v.          *          1:06-CV-500-MHT

TERRANCE MCDONNELL, WARDEN,          *
*et al.*,
               *

     Respondents.

_____

**ORDER**

Upon consideration of Respondents' supplemental answer,  and as said response fails

to comply fully with the directives in the court's October 3, 2006 Order, it is

**ORDERED** that on or before October 30, 2006 Respondents shall file a second

supplemental answer which does address all matters specified in the *Order*.


Done, this 24th  day of October 2006.

                       **/s/ Delores R. Boyd**
                       DELORES R. BOYD
                       UNITED STATES MAGISTRATE JUDGE