IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN SCOTT PATE, #229 345, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-500-MHT |
| | )          [WO] |
| TERRANCE McDONNELL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on September 12, 2008 (Doc. 27), that the petition for habeas-corpus relief filed by petitioner Brian Scott Pate should be denied. After a review of the recommendation, to which Pate did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. An appropriate judgment will be entered.

DONE, this the 14th day of October, 2008.

           /s/ Myron H. Thompson           
UNITED STATES DISTRICT JUDGE