IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRIAN SCOTT PATE, #229 345 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06-CV-500-MHT |
| | ) | [WO] |
| TERRANCE McDONNELL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge

(Doc. 27) is adopted and the petition for relief under 28 U.S.C. § 2254 (Doc. 1) is denied.

It is further ORDERED that costs are taxed against petitioner Brian Scott Pate, for

which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of October, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE